IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02418-RPM

LS DEVELOPMENT ENTERPRISES, INC.,
a Colorado corporation,

                    Plaintiff,

v.

FOREST CITY COMMERCIAL GROUP, INC.,
an Ohio corporation,

                    Defendant.

_____

ORDER FOR STATUS REPORT
_____

         On April 21, 2006, plaintiff filed a notice of appeal from the Order Granting

Motion to Stay and to Compel Arbitration entered by this Court on March 24, 2006.  On

May 25, 2006, the Tenth Circuit Court of Appeals issued its Mandate, dismissing the

appeal upon consideration of the parties' dismissal agreement.  Nothing further has

been filed in this matter.  It is therefore

         ORDERED that the parties shall filed a status report with this court on or before

March 26, 2007.

         DATED: March 16th, 2007

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge