IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-2418-RPM

LS DEVELOPMENT ENTERPRISES, INC.,

    Plaintiff,

vs.

FOREST CITY COMMERCIAL GROUP, an Ohio corporation,

    Defendant.

---

ORDER GRANTING PARTIES' JOINT MOTION AND STIPULATION TO DISMISS

The Parties' Joint Motion And Stipulation To Dismiss having been received by the Court, the Court having reviewed the file and being advised in the premises, it is hereby,

ORDERED that the Parties' Motion is GRANTED. This case is hereby DISMISSED WITH PREJUDICE, each party to bear their respective fees and costs incurred in connection with this case, except as otherwise stated in the parties' Settlement Agreement and Mutual Release.

DATED: January 14th, 2008

        BY THE COURT:

        s/Richard P. Matsch

        Hon. Richard P. Matsch
        Senior District Court Judge